UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**WP Company LLC d/b/a The Washington Post**

**Plaintiff**

**Case No.:** 1:24-cv-00070-RDM

*vs.*

**Department of the Interior**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Goldman Kinsey, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Certificate Rule LCvR 26.1; Complaint for Declaratory and Injunctive Relief with Exhibits; Standing Order in Civil Cases; Defendant's Statement of Undisputed Material Fact; and Plaintiff's Response to the Defendant's Statement of Undisputed Material Fact in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/11/2024 at 12:45 PM, I served Matthew M. Graves, United States Attorney for the District of Columbia at 601 D Street, NW, Washington, DC 20530 with the Summons; Notice of Right to Consent to Trial before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; Certificate Rule LCvR 26.1; Complaint for Declaratory and Injunctive Relief with Exhibits; Standing Order in Civil Cases; Defendant's Statement of Undisputed Material Fact; and Plaintiff's Response to the Defendant's Statement of Undisputed Material Fact by serving Tusmo Ali, Paralegal, authorized to accept service.

Tusmo Ali is described herein as:

Gender: Female Race/Skin: Black Age: 39 Weight: 162 Height: 5'7" Hair: Black Glasses: Yes

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/15/24
Executed On

Goldman Kinsey

Client Ref Number:00413117
Job #: 1629614

FOIA Summons
1/13

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WP Company LLC d/b/a The Washington Post
*Plaintiff*

v.

Department of the Interior
*Defendant*

Civil Action No. 1:24-cv-00070-RDM

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Matthew M. Graves
United States Attorney for the District of Columbia
Judicial Center Building
555 4th Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles D. Tobin
Maxwell S. Mishkin
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
202-661-2200 (tel) | 202-661-2299 (fax)

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/10/2024

/s/ Charles Briggs
*Signature of Clerk or Deputy Clerk*